381 So.2d 642 (1980)
Ex parte Ann B. HALLMARK.
In re Louie B. HALLMARK
v.
Ann B. HALLMARK.
79-359.
Supreme Court of Alabama.
March 7, 1980.
Barry N. McCrary, Talladega, for petitioner.
No brief filed for respondent.
PER CURIAM.
WRIT DENIED. NO OPINION.
FAULKNER, JONES, ALMON, SHORES, EMBRY and BEATTY, JJ., concur.
TORBERT, C. J., and MADDOX, J., dissent.
*643 MADDOX, Justice (dissenting).
I dissent for the same reasons I expressed in my dissent in City of Talladega v. McRae, 375 So.2d 429 (Ala.1979).
TORBERT, C. J., concurs.